UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
**MARCO PATRIIO DIAZ GREFA,**

                  **Petitioner,**

          - against -

**LADEON FRANCIS,** *in his capacity as Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*, **ET. AL.,**

                  **Respondents.**
--------------------------------------------------------X

26-CV-00451
**AMENDED CONFERENCE ORDER**

      The telephonic conference previously scheduled for **4:00 p.m.** on **January 30, 2026** is hereby rescheduled to **3:30 p.m.** on **January 30, 2026**. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 29, 2026**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**