UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

**MARCO PATRIIO DIAZ GREFA**,
Petitioner,

- against -

**LADEON FRANCIS,** in his capacity as Field
*Office Director of Enforcement and Removal*
*Operations, New York Field Office,*
*Immigration and Customs Enforcement*, *et. al.,*
Respondents.

--------------------------------------------------------------X

26-CV-00451

~~PROPOSED~~ ORDER

   For the reasons stated on the record during the hearing of January 30, 2026 at 3:30 pm, the Petition for Writ of Habeas Corpus is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner. Petitioner shall be subject to the same conditions that were in place prior to his detention. Further, Respondents are enjoined from re-detaining Petitioner under Section 1225(b)(2)(A). If Petitioner is re-detained on separate grounds, he should be entitled to a bond hearing, and at that bond hearing, Respondents would have the burden to justify detention. Respondents are **ORDERED** to certify compliance with this Order by 8:00 PM January 30, 2026. In addition, by April 2, 2026, the Parties are **ORDERED** to file a joint status report regarding the motion for fees. In the report, the Parties shall indicate whether they have come to an agreement on fees, or if they have agreed on a briefing schedule for the fee motion.

**SO ORDERED.**

Dated: New York, New York

___March 10___, 2026

_____

**ANDREW L. CARTER, JR.**

United States District Judge