USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/10/2026_____

**Alexander J. Urbelis**
1201 Broadway, Suite 904A
New York, New York 10001
802.249.2228

MEMO ENDORSED

March 9, 2026

**Via ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Diaz Grefa v. Francis et al.*, No. 26 Civ. 451 (ALC)

Dear Judge Carter:

Petitioner writes to update the Court on the status of the GPS ankle monitor that was the subject of Petitioner's motion to enforce (ECF No. 15) and its status update letter (ECF No. 16).

The GPS ankle monitor was removed from Mr. Diaz Grefa on February 25, 2026. Petitioner notes that the device was removed only after Petitioner filed his status update letter with the Court on February 18, 2026 – 19 days after the Court's January 30, 2026 Order directing that Mr. Diaz Grefa "shall be subject to the same conditions that were in place prior to his detention." To date, Respondents have not filed anything with the Court regarding the removal of the device or their compliance with the Court's Order.

Although the ankle monitor has been removed, Petitioner's motion to enforce remains pending as to the prospective relief requested therein, specifically: (1) a written certification from Respondents that Mr. Diaz Grefa's supervision conditions are in compliance with the Court's January 30 Order; and (2) an order directing that any future modification of Mr. Diaz Grefa's conditions of supervision beyond those in place prior to his detention shall require prior Court approval. In light of Respondents' imposition of an unauthorized GPS ankle monitor for nearly three weeks following the Court's Order, and their failure to remove it until prompted by a court filing, Petitioner respectfully submits that such relief is warranted to ensure future compliance.

Additionally, Petitioner's February 4, 2026 request for entry of a formal, signed Order memorializing the Court's January 30 ruling remains pending (ECF No. 13).

Petitioner respectfully requests that the Court address both the pending motion to enforce and the request for a formal Order at its earliest convenience.

Respectfully submitted,

Alexander Urbelis
Counsel for Petitioner

cc:   All counsel of record (via ECF)

Respondents are hereby directed to file a letter by **March 13, 2026** certifying that Mr. Diaz Grefa's supervision conditions are in compliance with the Court's January 30, 2026 Order (Dkt. No. 11). Respondents are further directed that any future modification of Mr. Diaz Grefa's conditions of supervision beyond those in place prior to his detention shall require prior Court approval. To obtain such approval, Respondents must file a letter with the Court.

The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 14-15.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 10, 2026