UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VERNAIZE K. COLEMAN, et al., On Behalf Of Themselves And All Others Similarly Situated,**<br><br>                              *Petitioner*,<br>        -against-<br><br>**LADEON FRANCIS, in his capacity as Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement, et. al.,**<br><br>                              *Respondent*. | **1:26-cv-00451 (ALC)**<br><br>__ORDER TERMINATING CASE__ |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Order dated March 10, 2026, granted Petitioner's Petition for Writ of Habeas Corpus (ECF No. 18). Based upon that Order, and the Respondent's April 20, 2026, certification of compliance (ECF No. 24), this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

Dated:     May 1, 2026
           New York, New York

                              *[signature]*

                              _____

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**